McKEON v. SHERMAN (two cases).

(Suprème Court, Appellate Division, First Department.   April 1, 1915.)

APPEAL AND ERROR ⬡⟜564—SERVICE OF CASE—MOTION TO EXTEND TIME—JU-
RISDICTION.
   An application for an order to extend the time to serve the case, is not
within the jurisdiction of the appellate court, but must be made at Spe-
cial Term.
   [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2501–
2506, 2555–2559;  Dec. Dig. ⬡⟜564.]

Actions by Wilhelmina McKeon and by Charles C. McKeon against
David Sherman.  Judgments for defendant.  Motions to extend time
to serve case on appeal denied.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT,
DOWLING, and HOTCHKISS, JJ.

Harry M. Burr, of New York City, for the motion.
Nadal, Jones & Mowton, of New York City, opposed.

PER CURIAM.  An application for an order to extend the time to
serve a case must be made at Special Term, as that question is entirely
within the cognizance of the Special Term, and not of the appellate
court.  The question is different as to the time within which either the
printed papers or the briefs must be filed.  The objection is taken by the
respondent that no order should be made here extending the plaintiffs'
time to file the case.

The motions are therefore denied, without costs, and without preju-
dice to an application to the Special Term.